

# MEMORANDUM OPINION

No. 04-10-00232-CV

**IN THE INTEREST OF B.G.H.**, A Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-00199
Honorable Karen H. Pozza, Judge Presiding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

Delivered and Filed: April 14, 2010

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant Naamon Durham filed a motion to dismiss this appeal. We grant the motion. *See*

TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P.

42.1(d)(absent agreement of parties, costs are taxed against appellant).


PER CURIAM

---

[1] Upon filing, this case was assigned to the 166th Judicial District Court, which is presided over by the Honorable Martha B. Tanner. However, trial in this matter was held in the 407th Judicial District Court, which is presided over by the Honorable Karen H. Pozza. Judge Pozza signed the order of termination upon which this appeal is based.